# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| LANCE WILLIAMS, *on behalf of himself and all others similarly situated,* | ) <br> ) Case No. 3:21-cv-00121-TAV-DCP <br> ) |
| Plaintiff, | ) <br> ) **NOTICE OF SETTLEMENT** |
| v. | ) <br> ) |
| HEALTHCARE RECEIVABLES GROUP, INC., | ) <br> ) <br> ) |
| Defendant. | ) |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: June 11, 2021.

                                     Respectfully submitted,

                                     s/Craig J. Ehrlich
                                     Craig J. Ehrlich
                                     Attorney for Plaintiff
                                     The Law Office of Craig J. Ehrlich, LLC
                                     1123 Zonolite Rd. NE, Ste. 7-B
                                     Atlanta, GA 30306
                                     Telephone: (404) 365-4460
                                     Facsimile: (855) 415-2480
                                     Email: craig@ehrlichlawoffice.com

                          *Of counsel to Thompson Consumer Law Group, PLLC*

                                     **Correspondence address:**
                                     Thompson Consumer Law Group, PLLC
                                     5235 E. Southern Ave D106-618

## CERTIFICATE OF SERVICE

I certify that on June 11, 2021, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Craig J. Ehrlich
Craig J. Ehrlich